E. OSCAR DeCAMP, RELATOR-APPELLANT, v. E. MORTIMER HARRISON, DEFENDANT-RESPONDENT.

Submitted May 27, 1932—Decided October 17, 1932.

For the appellant, *Riker & Riker*.

For the respondent, *Spaulding Fraser*.

PER CURIAM.

The judgment under review will be affirmed, for the reasons stated in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, BODINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 11.

*For reversal*—None.